UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT FLEMING,

                Petitioner,                     17 **CIVIL** 9104 (LGS)(DF)

      -against-                            **JUDGMENT**

NOETH, SUPERINTENDENT FOR ATTICA
CORRECTIONAL FACILITY,

                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2021, the Petition is DENIED and a certificate of appealability pursuant to 28 U.S.C. § 2253(c) will not issue; accordingly, the case is closed.

**DATED:**  New York, New York
             September 21, 2021

                                                           **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                    **BY:**

                                                            **Deputy Clerk**